**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JESUS CARRENO-SERRANO,<br>  aka "Alejandro Ochoa-Sambrano,"<br>  aka "Alejandro Ochoa S,"<br>  aka "Sergio Garcia-Gutierrez,"<br><br>Defendant. | Case No. 2:25-mj-00394-MDC<br><br>**Order Directing Probation to Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __28__ day of May, 2025.

_____
Hon. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

3