# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS CARRENO-SERRANO,<br>  aka "Alejandro Ochoa-Sambrano,"<br>  aka "Alejandro Ochoa S,"<br>  aka "Sergio Garcia-Gutierrez,"<br><br>Defendant. | Case No. 2:25-mj-00394-MDC<br><br>Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the 10th day of June, 2025 at the hour of 4 p.m., be vacated and continued to September 2, 2025 at 4:00 pm in LV Courtroom 3C.

DATED this 28 day of May, 2025.

_____
Hon. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE