UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00394-MDC |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JESUS CARRENO-SERRANO, | |
| Defendant. | |

   IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, September 2, 2025 at 10:00 a.m., be vacated and continued to  October 17, 2025  at the hour of  4 : 00 p  .m. in LV Courtroom 3D.

   DATED this 14  day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3